James F. Cunningham, Respondent, *v.* The Lake Shore and Michigan Southern Railway Company, Appellant.

*Cunningham* v. *L. S. & M. S. R. Co.,* 5 App. Div. 619, affirmed.
(Argued October 5, 1896; decided October 20, 1896.)

Appeal from order of the Appellate Division of the Supreme Court in the fourth judicial department, made April 18, 1896, which affirmed an order of the Special Term of the late Superior Court of the city of Buffalo, amending the judgment roll in the above-entitled action.

*William C. Greene* for appellant.

*George W. Cothran* for respondent.

Order affirmed, with costs ; no opinion.
All concur, except Andrews, Ch. J., not sitting.

In the Matter of the Application of The Manhattan Railway Company et al., Appellants, *v.* Eugene O'Sullivan et al., Respondents.

*Manhattan R. Co.* v. *O'Sullivan,* 6 App. Div. 571, affirmed.
(Argued October 5, 1896; decided October 20, 1896.)

Appeal from order of the Appellate Division of the Supreme Court in the first judicial department, made June 23, 1896, which reversed an order of Special Term setting aside the report of commissioners of appraisal in condemnation proceedings and confirmed the report.

*Edward C. James* for appellants.

*Treadwell Cleveland,* for respondents.

Order affirmed, on opinion below, with costs.
All concur, except O'Brien, J., taking no part.